**Opinion issued August 4, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-26-00433-CV

————————————

**RACHEL FOREMAN, Appellant**

**V.**

**TEXAS INDEPENDENCE PLAZA LLC, Appellee**

---

**On Appeal from the County Court at Law No. 2**
**Fort Bend County, Texas**
**Trial Court Case No. 23-CCV-073303**

---

## MEMORANDUM OPINION

Appellant Rachel Foreman has not filed a brief. On June 30, 2026, the Court issued a notice that the appeal might be dismissed unless appellant filed a brief or a motion for extension within 10 days of the date of the notice. Appellant filed no response or brief.

Accordingly, we dismiss the appeal for want of prosecution.  *See* TEX. R. APP. P. 42.3.  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Caughey, Johnson, and Dokupil.